UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JEFFREY RIOS, and others similarly-situated, pursuant to 29 USC 216(b)<br><br>  Plaintiff,<br><br>vs.<br><br>M.I. COURIER SERVICES INC. A/K/A M.I. COURIER SERVICES INC. OF NEW YORK, and<br>JULIUS C. GOTAY<br><br>  Defendants. | CASE #: 9:16-cv-81856-DMM |

**SUMMONS IN A CIVIL ACTION**

To:
M.I. COURIER SERVICES INC. A/K/A M.I. COURIER SERVICES INC. OF NEW YORK
Registered Agent: M.I. Courier Services Inc.
1530 W Boynton Beach Blvd, Suite 3874
Boynton Beach, FL 33424

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MAMANE LAW LLC<br>
1150 Kane Concourse, Fourth Floor<br>
Bay Harbor Islands, Florida 33154

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/9/2016

*CLERK OF COURT*



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Randi Marks
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JEFFREY RIOS, and others similarly-situated, pursuant to 29 USC 216(b)<br><br>    Plaintiff,<br><br>vs.<br><br>M.I. COURIER SERVICES INC. A/K/A M.I. COURIER SERVICES INC. OF NEW YORK, and<br>JULIUS C. GOTAY<br><br>    Defendants. | CASE #: 9:16-cv-81856-DMM |

**SUMMONS IN A CIVIL ACTION**

To:
Julius C. Gotay
3811 Sandpiper Dr
Boynton Beach, FL 33436-2427

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MAMANE LAW LLC
1150 Kane Concourse, Fourth Floor
Bay Harbor Islands, Florida 33154

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/9/2016



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts