UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JEFFREY RIOS, and others similarly-situated,)
pursuant to 29 USC 216(b)                    )
                                             )
          Plaintiff,                         )      CASE #: 9:16-cv-81856-DMM
                                             )
vs.                                          )
                                             )
M.I. COURIER SERVICES INC. A/K/A M.I.)
COURIER SERVICES INC. OF NEW YORK,)
and                                          )
JULIUS C. GOTAY                              )
                                             )
          Defendants.                        )

## SUMMONS IN A CIVIL ACTION



To:

M.I. COURIER SERVICES INC. A/K/A M.I. COURIER SERVICES INC. OF NEW YORK
Registered Agent: M.I. Courier Services Inc.
1530 W Boynton Beach Blvd, Suite 3874
Boynton Beach, FL 33424

        Within 21 days after service of this summons on you (not counting the day you received
it) — or 60 days if you are the United States or a United States agency, or an officer or employee
of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff
an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil
Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose
name and address are:

                        MAMANE LAW LLC
                   1150 Kane Concourse, Fourth Floor
                    Bay Harbor Islands, Florida 33154

        If you fail to respond, judgment by default will be entered against you for the relief
demanded in the complaint. You also must file your answer or motion with the court.

                                        *CLERK OF COURT*

Date: 11/9/2016


**SUMMONS**

*s/ Randi Marks*

Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 16-81856

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   M.I. Courier Services Inc. a/k/a M.I. Services Inc. of New York

was received by me on *(date)*   11/10/2016   .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   JEAN MORAN SUPERVISOR   , who is

designated by law to accept service of process on behalf of *(name of organization)*   M.I.COURIER
SERVICE,INC   on *(date)*   11/22/16   ; or 11.55AM

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $   25.00   for travel and $   25.00   for services, for a total of $   50.00   .

I declare under penalty of perjury that this information is true.

Date:   11/22/16   _____
                                           *Server's signature*

                                    ALEX GARDNER
                                    _____
                                           *Printed name and title*


                            3000 BISCAYNE BLVD,MIAMI FLA
                            _____
                                           *Server's address*

Additional information regarding attempted service, etc: