UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JEFFREY RIOS, and others similarly-situated, )
pursuant to 29 USC 216(b)                     )
                                              )
            Plaintiff,                        )        CASE #: 9:16-cv-81856-DMM
                                              )
vs.                                           )
                                              )
M.I. COURIER SERVICES INC. A/K/A M.I.)
COURIER SERVICES INC. OF NEW YORK,)
and                                           )
JULIUS C. GOTAY                               )
                                              )
            Defendants.                       )

**SUMMONS IN A CIVIL ACTION**

To:
Julius C. Gotay
3811 Sandpiper Dr
Boynton Beach, FL 33436-2427

            Within 21 days after service of this summons on you (not counting the day you received
it) — or 60 days if you are the United States or a United States agency, or an officer or employee
of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff
an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil
Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose
name and address are:

                        MAMANE LAW LLC
                        1150 Kane Concourse, Fourth Floor
                        Bay Harbor Islands, Florida 33154

            If you fail to respond, judgment by default will be entered against you for the relief
demanded in the complaint. You also must file your answer or motion with the court.

                                              *CLERK OF COURT*

Date:  11/9/2016

                                              **SUMMONS**

                                              *s/ Randi Marks*
                                              Deputy Clerk
                                              U.S. District Courts

                        Steven M. Larimore
                        Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 16-81856

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Julius C. Gotay

was received by me on *(date)*        11/10/2016       .

☒ I personally served the summons on the individual at *(place)*   308 WICKLINE BLVD

LANTANA,FLA                                   on *(date)*   12/21/16           ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $     25.00     for travel and $     25.00     for services, for a total of $     50.00     .

I declare under penalty of perjury that this information is true.

Date:  12/21/16

_____
*Server's signature*

ALEX GARDNER  #1401

_____
*Printed name and title*


3000 BISCANE BLVD MIAMI,FLA
_____
*Server's address*

Additional information regarding attempted service, etc: