UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-81856-Civ-Middlebrooks/Brannon

JEFFREY RIOS, and others similarly-situated,

    Plaintiff,

vs.

M.I. COURIER SERVICES INC. A/K/A M.I. COURIER SERVICES INC. OF NEW YORK, and JULIUS C. GOTAY

    Defendants.
_____/

## PLAINTIFF'S STATEMENT OF CLAIM

Comes Now Plaintiffs, by and through undersigned counsel, pursuant to Court Order D.E. 12, and hereby file Plaintiffs' statement of claim and states as follows:

| | |
|---|---|
| Period of Claim: | March 7, 2016 – November 11, 2016 |
| Weeks: | 34 weeks |
| | 29 weeks – worked an approximate estimate of 65 hours/wk. |
| | 5 weeks – worked an approximate estimate of 52 hours/wk. |
| Approximate Rate of Pay: | $17.25/hr. |
| Time and a Half Rate: | $25.875/hr. |
| Halftime Rate: | $8.625/hr. |

**Based upon a time and a half violation**

29 weeks x 25 overtime hours x $25.875 per hour = $18,759.38

5 weeks x 12 overtime hours x $25.875 per hour = $1,552.50

$18,759.38 + $1,552.50 = $20,311.88

$20,311.88 x 2 (liquidated damages) = $40,623.76, plus reasonable attorneys' fees and costs.

**Based upon a halftime violation**

29 weeks x 25 overtime hours x $8.625 per hour = $517.50

5 weeks x 12 overtime hours x $8.625 per hour = $6,523.13

$517.50 + $6,523.13 = $7,040.63

$7,040.63 x 2 (liquidated damages) = $14,081.26, plus reasonable attorneys' fees and costs.

Dated: January 17, 2017

Mamane Law LLC
1150 Kane Concourse, Fourth Floor
Bay Harbor Islands, FL 33154
Telephone (305) 773 - 6661
E-mail: mamane@gmail.com
*s/ Isaac Mamane*
Isaac Mamane, Esq.
Florida Bar No. 44561

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiff's Statement of Claim was sent via U.S. Mail to Julius Gotay and M. I. Courier Services, Inc., 308 Wickline Blvd., Lantana, Florida 33436 on this 17th day of January, 2017.

> Mamane Law LLC
> 1150 Kane Concourse, Fourth Floor
> Bay Harbor Islands, FL 33154
> Telephone (305) 773 - 6661
> E-mail: mamane@gmail.com
> *s/ Isaac Mamane*
> Isaac Mamane, Esq.
> Florida Bar No. 44561